UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TIFFANY R. BYRD | CIVIL ACTION |
| VERSUS | NO. 17-17976 |
| FREDERICK BOUTTÉ | SECTION: "A"(5) |

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby orders as follows:

In response/objection to the recommendation that her petition for issuance of a writ of habeas corpus be dismissed as untimely (Rec. Doc. 9, Report & Recommendation), Petitioner raises before this Court what is essentially an equitable tolling argument. Petitioner contends that on August 16, 2016, the prison in St. Gabriel, Louisiana was evacuated due to catastrophic flooding in the region. (Rec. Doc. 10). Petitioner was moved to a facility in Tallulah, Louisiana, where she never once received any legal paperwork. It was not until September 7, 2017, that she received her documents, and she asserts that until then she had no knowledge that her claim had been denied and was final. (*Id.*). The Court surmises that Petitioner is alluding to the August 4, 2017 denial by the Louisiana Supreme Court---this denial caused the running of her federal deadline to resume running until it ultimately expired on November 13, 2017.

It appears that Petitioner did not assert any basis for equitable tolling before the magistrate judge. But while relocation without legal mail during the aftermath of

1

catastrophic flooding may very well constitute an extraordinary circumstance, it is not clear from the record that Petitioner has been diligently pursuing her rights. Petitioner allowed 266 days of her federal filing period to expire until she filed for state post-conviction relief on January 20, 2015. That left 99 unexpired federal days—statutory tolling ceased in the interim on August 4, 2017 with the denial from the Louisiana Supreme Court. The flood occurred on August 16, 2016, and Petitioner did not obtain her legal documents until September 7, 2017. Petitioner still had 65 days remaining until her federal filing period expired on November 13, 2017, but she did not file her federal petition during this time and she offers no basis to explain why she could not. Then, Petitioner waited yet another 37 days until December 20, 2017, to finally file her federal petition.

Petitioner has not established that equitable tolling applies to render her federal application timely.

Accordingly;

**IT IS ORDERED** that Petitioner's **Objection (Rec. Doc. 10)** is **DENIED**. The petition for issuance of a writ of habeas corpus filed by Tiffany R. Byrd pursuant to 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

August 24, 2018

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE